No. 4,426.—ADOLPH A. PEPIN, APPELLANT, *v.* EDWARD T. BROADWATER, EXECUTOR, RESPONDENT.

*Appeal from District Court of Hill County; John A. Matthews. Judge presiding.*

Decided October 30, 1919.

PER CURIAM.—Upon motion of appellant, supported by stipulation of the parties, the appeal in the above-entitled cause is hereby dismissed.

*Mr. Wellington D. Rankin,* for Appellant.

*Mr. L. V. Beulieu, Mr. A. F. Lamey* and *Messrs. Norris & Hurd,* for Respondent.

———

No. 4,501.—STATE EX REL. CUSTER COUNTY, RESPONDENT, *v.* HENRY MULLENDORE ET AL., APPELLANTS.

*Appeal from District Court of Custer County; Charles A. Taylor, Judge.*

Decided November 4, 1919.

PER CURIAM.—Upon motion of the respondent, the appeal in this cause is hereby dismissed.

*Mr. P. C. Cornish* and *Messrs. Booth & McLemore,* for Appellants.

*Mr. Frank Hunter* and *Mr. George W. Farr,* for Respondent.